FOWLER et al., Respondents, v. WEBB et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Clarence A. Fowler and another against Edwin J. Webb and others.

PER CURIAM. Order modified, so as to require the defendants to specify: First, the representations alleged to have been made by the plaintiffs to the defendants, which are claimed to be false, as set forth in the fourth paragraph

of defendants' answer, setting forth to whom made, by whom, the place, and approximately the time, and whether any of the statements were in writing; second, the amount paid for experts; third, approximately the location of the tunnel driven; fourth, approximately the number of borings that were made, and, as near as may be, when and where; fifth, what machinery, engine, or boilers were repaired, and the cost thereof; sixth, all sums of money paid out by defendants, together with the nature of such payments, by reason of the false representations alleged in the answer. As so modified, the order is affirmed, without costs.